1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
7  Facsimile:  (510) 637-3724
   E-Mail:     keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff

10

11
                       UNITED STATES DISTRICT COURT
12
                      NORTHERN DISTRICT OF CALIFORNIA
13
                              OAKLAND VENUE
14

15
   UNITED STATES OF AMERICA,         )   No.  4-13-70005 MAG
16                                   )
        Plaintiff,                   )   STIPULATED MOTION AND
17                                   )   [PROPOSED] ORDER CONTINUING
   vs.                               )   PRELIMINARY HEARING OR
18                                   )   ARRAIGNMENT DATE AND WAIVING
   RAYMOND MOORE,                    )   TIME UNDER SPEEDY TRIAL ACT TO
19                                   )   March 4, 2013 at 9:30 a.m.
        Defendants.                  )
20  _____)

21

22      With the agreement of the parties, and with the consent of the defendant, the Court enters

23 this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

24 preliminary hearing date for Defendant Raymond Moore to March 4, 2013, at 9:30 a.m. before

25 the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing the

26 preliminary hearing is in his client's best interest and that it is not in his client's best interest for

27 the United States to present an indictment before the current February 15, 2013, preliminary

28 hearing date.  The parties agree that – taking into account the public interest in prompt

disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that he has spoken with his client, and that Mr. Moore agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED:      February 12, 2013            /s/
                                         NED SMOCK
                                         Attorney for Defendant


DATED:      February 12, 2013            /s/
                                         KESLIE STEWART
                                         Assistant United States Attorney


**IT IS SO ORDERED.**


DATED:      2/12/2013
                                         ~~KANDIS A. WESTMORE~~ DONNA M. RYU
                                         United States Magistrate Judge

-2-